**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Eudelio Guerra ALVARADO, Jr.,
Defendant—Appellant.**

**No. 03–10671.**

United States Court of Appeals,
Ninth Circuit.

Submitted: Nov. 8, 2005.

Decided: Nov. 28, 2005.

Jonathan B. Conklin, Esq., Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Mark Vermeulen, Esq., San Francisco, CA, for Defendant–Appellant.

Before: WALLACE, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM *

Eudelio Guerra Alvarado, Jr. appeals the sentence imposed after his guilty plea conviction to one count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291.

Because Alvarado was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had

the district court known that the Guidelines were advisory, we remand to the sentencing court for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005). If appellant does not want to pursue resentencing, appellant should promptly notify the district court judge on remand. *See Ameline,* 409 F.3d at 1084.

REMANDED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

